```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S R HOSPITALITY LLC, ET AL.,

                Plaintiffs,

-v-

MT HAWLEY INSURANCE CO.,

                Defendant.

**ORDER**

23-CV-8148 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated October 14, 2025, this case was referred to the undersigned for general pretrial supervision and specific dispositive motions. ECF No. 69. Two of the specific motions referred to the undersigned are discovery disputes briefed by the parties at ECF Nos. 61 and 68.

A conference is scheduled on **October 29, 2025, at 11:00 a.m.** by telephone to address the parties' discovery disputes. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 767 549 968#).

**SO ORDERED.**

Dated: October 15, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge