```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S R HOSPITALITY LLC, ET AL.,

                Plaintiffs,

-v-

MT HAWLEY INSURANCE CO.,

                Defendant.

**ORDER**

23-CV-8148 (VSB) (HJR)

23-CV-10258 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a conference to address the discovery disputes raised by the parties in both cases. For the reasons discussed during today's conference:

    Plaintiffs' letter motion to compel the deposition of John Leonard (Case No. 23-CV-8148 at ECF No. 61; Case No. 10258 at ECF No. 56) is **GRANTED**. Defendant is directed to produce John Leonard for deposition and Plaintiffs shall limit their examination to those issues they represented to the Court are relevant to this action.

    Defendant's letter motion to compel Plaintiffs' production of certain information and documents (Case No. 23-CV-8148 at ECF No. 68; Case No. 10258 at ECF No. 68) is **GRANTED**. Plaintiffs are directed to identify their insurance agents who engaged in obtaining insurance for the period after Defendant's coverage ended and their insurance carriers for that same period. Plaintiffs are further directed to produce their communications with their insurance agents and

1

carriers regarding the condition of the three properties at issue in these cases after the hurricanes.

A conference is scheduled on **November 3, 2025,** at **1:00 p.m.** by telephone to address Defendant's motions to amend its answers (Case No. 23-CV-8148 at ECF No. 56; Case No. 10258 at ECF No. 58) and the parties' case schedule proposals (Case No. 23-CV-8148 at ECF Nos. 74, 75). Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 146 929 718#).

**SO ORDERED.**

Dated: October 29, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge