```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S R HOSPITALITY LLC, ET AL.,

               Plaintiffs,

-v-

MT HAWLEY INSURANCE CO.,

               Defendant.

**ORDER**

23-CV-8148 (VSB) (HJR)

23-CV-10258 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Due to changes to the Court's calendar, the conference scheduled on November 3, 2025, is adjourned to **November 10, 2025**, at **1:00 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 146 929 718#).

**SO ORDERED.**

Dated: October 30, 2025
      New York, New York

                                      Henry J. Ricardo
                                      United States Magistrate Judge