```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S R HOSPITALITY LLC, ET AL.,

            Plaintiffs,

-v-

MT HAWLEY INSURANCE CO.,

            Defendant.

**ORDER**

23-CV-8148 (VSB) (HJR)

23-CV-10258 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference to address Defendant's motions to amend its answers (Case No. 23-CV-8148 at ECF No. 56; Case No. 23-CV-10258 at ECF No. 58) and the parties' case schedule proposals (Case No. 23-CV-8148 at ECF Nos. 74, 75).

For the reasons discussed during today's conference, Defendant's motions to amend its answers are **GRANTED**. The Clerk of Court is respectfully directed to terminate the motions at ECF No. 56 in Case No. 23-CV-8148 and ECF No. 58 in Case No. 23-CV-10258 as such.

The Court will adopt Mt. Hawley's proposed case management plan and scheduling order, modified as discussed during today's conference, and will enter the amended order separately.

    SO ORDERED.

Dated: November 10, 2025
       New York, New York

                                            _____
                                            Henry J. Ricardo
                                            United States Magistrate Judge