```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S R HOSPITALITY LLC, ET AL.,

                Plaintiffs,

-v-

MT HAWLEY INSURANCE CO.,

                Defendant.

**ORDER**

23-CV-8148 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By letter motion dated November 21, 2025, Defendant moved to compel Plaintiff to produce its experts for depositions prior to the fact discovery deadlines, and for a protective order to prevent the re-deposition of certain witnesses. ECF No. 86. Plaintiffs' response is due by **November 26, 2025**.

A conference is scheduled on **December 10, 2025,** at **11:00 a.m.** by telephone to address the parties' discovery disputes. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 126 733 091#).

**SO ORDERED.**

Dated: November 24, 2025
      New York, New York

                                          Henry J. Ricardo
                                          United States Magistrate Judge

1