UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/10/2025_

S R HOSPITALITY LLC, ET AL.,

               Plaintiffs,

       -v-

MT HAWLEY INSURANCE CO.,

               Defendant.

**ORDER**

23-CV-8148 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

     The Court held a conference to address Defendant's letter motion to compel Plaintiff to produce its experts for depositions prior to the fact discovery deadline, and for a protective order to prevent the re-deposition of certain witnesses. ECF No. 86. For the reasons discussed during today's conference, Defendant's letter motion, ECF No. 86, is **GRANTED IN PART** and **DENIED IN PART**.

     Plaintiff is directed to produce Mr. Cianchetti for deposition regarding his factual knowledge, but not his expert opinions, in advance of the fact discovery deadline. Plaintiff is not required to produce its other experts for deposition in advance of the fact discovery deadline. The deadline to complete expert discovery is extended to **March 27, 2026**. The Fourth Amended Case Management Plan and Scheduling Order at ECF No. 83 otherwise remains in effect.

Defendant is directed to produce Mr. Avila, Mr. Van Rees, and Mr. Jaske for re-opened depositions of no longer than one hour each with questioning limited to the newly added affirmative defense.

**SO ORDERED.**

Dated: December 10, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge